Marcus A. Nussbaum, Esq. (MN 9581)
3059 Brighton 7th Street, Fl. 1
Brooklyn, New York 11235
Tel: 201-956-7071
Fax: 347-572-0439
marcus.nussbaum@gmail.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INSPIRON MANAGEMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> 3D READY MIX LLC, and <br> FABIAN M. RAMIREZ, <br><br> Defendants. | **NOTICE OF REMOVAL** |

Defendants 3D Ready Mix LLC ("3D Ready Mix") and Fabian M. Ramirez ("Ramirez") (collectively, "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing to this Court the above-captioned action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and state as follows:

1. On or about July 21, 2025, Plaintiff Inspiron Management, Inc. ("Plaintiff" or "Inspiron") commenced this action by filing a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled Inspiron Management, Inc. v. 3D Ready Mix LLC and Fabian M. Ramirez, Case No 2025-013803-CA-01.

1

2. A true and correct copy of the Complaint and all process, pleadings, and orders served on Defendants, if any, are being filed with this Notice as required by 28 U.S.C. § 1446(a).

3. This Court has original subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because the action is between citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. The Complaint alleges that Plaintiff Inspiron Management, Inc. is a corporation incorporated under the laws of the State of New York with its principal place of business in Sullivan County, New York.

5. The Complaint further alleges that Defendant Fabian M. Ramirez is an individual residing in Miami-Dade County, Florida. Upon information and belief, and for purposes of removal, Ramirez is a citizen of the State of Florida.

6. The Complaint also alleges that Defendant 3D Ready Mix LLC is a limited liability company organized under the laws of the State of Florida with its principal place of business in Miami-Dade County, Florida.

7. For purposes of diversity jurisdiction, a limited liability company is a citizen of every state of which each of its members is a citizen. Upon information and belief, 3D Ready Mix LLC's sole member is Fabian M. Ramirez, who is a citizen of Florida. Accordingly, 3D Ready Mix LLC is a citizen of Florida.

8. Complete diversity therefore exists because Plaintiff is a citizen of New York and Defendants are citizens of Florida.

9. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

10. The Complaint expressly alleges that this is an action for damages in excess of $30,000 and further alleges that Plaintiff loaned 3D Ready Mix LLC the principal sum of $501,002, plus

accrued interest, and seeks damages on that basis, together with additional relief including consequential damages and punitive damages on the fraud claim. Thus, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

11. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Defendants remove this action within thirty (30) days after receipt, through service or otherwise, of the initial pleading setting forth the claim for relief upon which this action is based. To the extent necessary, Defendants expressly reserve and do not waive any objection to insufficiency of service of process, lack of proper service, or any other defense available under Rule 12 of the Federal Rules of Civil Procedure.

12. Upon information presently available, Defendants further state that they were not properly served with process in accordance with applicable law prior to the filing of this Notice of Removal, and Defendants do not waive that defect by filing this Notice.

13. Defendants remove this action based on diversity jurisdiction. Defendants further state that removal is proper because, at the time of removal, no defendant who is a citizen of the State of Florida had been properly joined and served within the meaning of 28 U.S.C. § 1441(b)(2).

14. All properly joined and served defendants who have appeared in this action consent to removal. Defendants 3D Ready Mix LLC and Fabian M. Ramirez, the only named defendants, join in and consent to this Notice of Removal.

15. Venue is proper in this Court in that this is a judicial district in which plaintiff resides and in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

16. Pursuant to 28 U.S.C. § 1446(d), prompt written notice of the filing of this Notice of Removal will be given to Plaintiff's counsel, and a copy of this Notice will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**WHEREFORE.** Defendants 3D Ready Mix LLC and Fabian M. Ramirez respectfully remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of New York.

Dated:   Brooklyn, New York
         March 8, 2026

                                        Respectfully submitted,

                                        /s/  Marcus Aurelius Nussbaum
                                        Marcus A. Nussbaum, Esq. (MN 9581)
                                        3059 Brighton 7th Street, Fl. 1
                                        Brooklyn, New York 11235
                                        Tel: 201-956-7071
                                        Fax: 347-572-0439
                                        marcus.nussbaum@gmail.com
                                        *Attorneys for Defendants*