UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

INSPIRON MANAGEMENT, INC.,  :

                     Plaintiff,  :

         -against-  :

3D READY MIX LLC, and FABIAN M.  :
RAMIREZ,  :

               Defendants.  :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2026

26-CV-01898 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 8, 2026, Defendants removed this case from the Circuit Court of the Eleventh Judicial Circuit, County of Miami Dade County, Dkt. 1;

WHEREAS on March 24, 2026, Plaintiff filed a Motion for Sanctions against Defendants' Attorney Nussbaum, Dkts. 6–8;

WHEREAS on April 6, 2026, Defendants responded via letter, indicating that they consent to the case being remanded but oppose Plaintiff's Motion for Sanctions, Dkt. 9;

WHEREAS on April 7, 2026, Plaintiff filed another Motion for Sanctions, now against both Defendants themselves and their Attorney Nussbaum, Dkts. 10–12;

WHEREAS on April 7, 2026, Plaintiff also filed a Motion to Remand, Dkts. 13–15; and

WHEREAS a district court may retain jurisdiction over a Rule 11 motion for sanctions even where the district court has remanded a case to state court, *see Bryant v. Britt*, 420 F.3d 161, 164 (2d Cir. 2005) (citing *Willy v. Coastal Corp.*, 503 U.S. 131, 137–38 (1992)).

2

IT IS HEREBY ORDERED that, in light of Defendants' consent, this case is REMANDED to the Circuit Court of the Eleventh Judicial Circuit, County of Miami Dade County.

IT IS FURTHER ORDERED that Defendants must respond to Plaintiff's Motions for Sanctions **no later than April 21, 2026**, and Plaintiffs may reply **no later than April 28, 2026**.

**SO ORDERED.**

**Date:  April 9, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**